IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL ROBERT COFFIN,

    Petitioner,                    No. CIV S-10-0026 JAM EFB P

    vs.

EVANS,

    Respondent.              ORDER

                                /

      Petitioner, a prisoner without counsel, has filed a petition for a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner has filed a motion to stay his case, and respondent has filed a statement of conditional non-opposition to his motion. *See* Dckt. Nos. 22, 23.

      Petitioner states that he will be transferred to an out-of-state correctional facility, and that he must turn in all of his property and will likely not have access to his legal papers for up to two months after he arrives at his destination. Dckt. No. 22 at 1-2. He requests that all proceedings in this case be stayed for 75 days from the date of his request, and states that he will file a notice of change of address as soon as possible. *Id.* at 2. Respondent does not oppose petitioner's request for a delay, but asks that petitioner notify the court of his new address as soon as possible, and be given thirty days after his change of address to file any documents. Dckt. No. 23 at 1.

1

Accordingly, it is hereby ORDERED that:

1. Petitioner's request for a delay is granted. No action will be taken in this case until petitioner notifies the court of his new address or 30 days have passed from the date of this order. The Clerk of the court is directed to terminate docket entry 22.

2. Petitioner must notify the court of his new address within 14 days of arriving at his new institution.

3. The parties may request additional extensions of time as necessary.

DATED: December 8, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE