IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL ROBERT COFFIN,

      Petitioner,           No. CIV S-10-0026 JAM EFB P

  vs.

EVANS,

      Respondent.        ORDER

_____/

     Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On August 22, 2011, the court issued an order allowing him to conduct discovery to determine whether he is entitled to equitable tolling during the time periods of July 5, 2007 to January 18, 2008 and July 24, 2008 to December 24, 2008. The court ordered petitioner to serve his discovery requests within 60 days. On September 19, petitioner filed a document titled "Petitioner's first request for interrogatories and request for documents." Dckt. No. 30. This document contains interrogatories directed towards Hon. C. Todd Bottke, who represented petitioner in his previous appeals, but is not a party to this case. It appears that petitioner, who is proceeding in forma pauperis, lacks the resources to obtain the information he needs to support his request for equitable tolling.

////

Accordingly, IT IS HEREBY ORDERED that:

1. The Federal Defender is appointed to represent petitioner for the limited purpose of conducting discovery and opposing any motion to dismiss the petition.

2. The Clerk of the Court is directed to serve a copy of this order on David Porter, Assistant Federal Defender.

3. Petitioner is granted 120 days from the date of this order to conduct discovery to support his argument that he is entitled to equitable tolling.

4. Upon the expiration of this time period, respondent is granted 14 days to file a renewed or amended motion to dismiss.

Dated: November 28, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE