IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL ROBERT COFFIN,

    Petitioner,                              No. CIV S-10-0026 JAM EFB P

    vs.

EVANS,

    Respondent.                            ORDER

-----/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On September 19, petitioner filed a document titled "Petitioner's first request for interrogatories and request for documents." Dckt. No. 30. In light of the court's November 28, 2011 order appointing the Federal Defender for the limited purpose of conducting discovery and opposing any motion to dismiss the petition, petitioner's request is denied.

    So ordered.

Dated: December 13, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE