DANIEL J. BRODERICK, #89424
Federal Defender

CAROLYN M. WIGGIN, Bar #182732
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ROBERT COFFIN, ) | No. 2:10-cv-00026-JAM-EFB |
| ) | |
| Petitioner, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| MATTHEW CATE, Secretary of the ) | |
| California Department of Corrections and ) | |
| Rehabilitation, ) | |
| ) | |
| Respondent. ) | |
| _____ | |

Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Petitioner Michael Robert Coffin asks that the Court order substitution of the respondent. Currently Michael Evans, who was the warden of Folsom State Prison when Mr. Coffin filed his petition, is named as the respondent. Mr. Coffin has been transferred out-of-state to serve his California state sentence at the Tallahatchie County Correctional Facility in Tutwiler, Mississippi. Warden Michael Evans no longer has custody of Mr. Coffin and thus it is appropriate to substitute in Matthew Cate, Secretary of the California Department of Corrections and Rehabilitation, as the respondent.

////

On January 6, 2012, counsel for Respondent informed counsel for Petitioner that Respondent does not oppose this request.

Dated:  January 9, 2012

                                                         Respectfully submitted,

                                                        DANIEL J. BRODERICK
                                                        Federal Defender

                                                        */s/ Carolyn M. Wiggin*
                                                        CAROLYN M. WIGGIN
                                                        Assistant Federal Defender
                                                        Attorney for Petitioner

_____

Pursuant to Federal Rule of Civil Procedure 25(d), the Clerk of the Court is directed to substitute in Matthew Cate, Secretary of the California Department of Corrections and Rehabilitation, as the respondent.

IT IS SO ORDERED.

Dated: January 9, 2012

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE