JOSEPH SCHLESINGER, Bar No. 87692
Acting Federal Defender
CAROLYN M. WIGGIN, Bar No. 182732
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, California 95814-2510
Telephone: (916) 498-5700
Facsimile: (916) 498-5710

Attorney for Petitioner
MICHAEL R. COFFIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ROBERT COFFIN,<br><br>    Petitioner,<br><br>v.<br><br>MATTHEW CATE, Secretary of the California Department of Corrections and Rehabilitation,<br><br>    Respondent. | No. 2:10-cv-00026-JAM-EFB<br><br>**PETITIONER'S REQUEST TO EXPAND COUNSEL'S APPOINTMENT; [~~PROPOSED~~] ORDER** |

On November 28, 2011, this Court appointed counsel for Petitioner Michael Coffin "for the limited purpose of conducting discovery and opposing any motion to dismiss the petition." Dckt. No. 31. Mr. Coffin, though counsel, asks that this appointment of counsel be expanded to allow counsel to continue representing Mr. Coffin generally in this matter. Mr. Coffin's Declaration asking that counsel be allowed to continue representing him is attached as Exhibit A.

Mr. Coffin remains indigent and is confined in an out-of-state facility where he has great difficulty conducting legal research. In addition, the issues in this case are complex. As the case proceeds, this Court will likely have to determine whether a *Cunningham*[1] error occurred at sentencing and if so whether

---

[1] *Cunningham v. California*, 549 U.S. 270 (2007).

*Coffin v. Cate*, 2:10-cv-00026 JAM EFB
Petitioner's Request to Expand
Counsel's Appointment

that error was harmless, *i.e.* whether there is a doubt that a jury would have found an aggravating factor proven beyond a reasonable doubt. Proper briefing of these issues requires not only a comprehensive discussion of the record at the sentencing hearing but legal research into a relatively new area of law. Moreover, it is critical that Mr. Coffin's petition continue to move through district court as quickly as possible as he will soon be serving the portion of the sentence that he is challenging. Finally, because the undersigned counsel has now represented Mr. Coffin for over a year, she has already become familiar with the case. For all of these reasons, the interests of justice would be served by appointment of counsel to represent Mr. Coffin as the litigation continues. 18 U.S.C. Section 3006A(a)(2)(B).

Dated: January 29, 2013                                    Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender


*/s/ Carolyn M. Wiggin*
CAROLYN M. WIGGIN
Assistant Federal Defender

Attorney for Petitioner
MICHAEL R. COFFIN

_____

Pursuant to this Request to Expand Counsel's Appointment and for the reasons stated therein, IT IS HEREBY ORDERED that the Federal Defender is appointed to represent petitioner.

Dated: April 3, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

*Coffin v. Cate*, 2:10-cv-00026 JAM EFB
Petitioner's Request to Expand
Counsel's Appointment                                    -2-